# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

**MEMO ENDORSED**

Southern District of New York
John J. Byrnes
Attorney-in-Charge

January 24, 2008

VIA FACSIMILE
Honorable Gerard E. Lynch
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08

Re: **United States v. Robert Silano**
07 Cr. 1013 (GEL)

The Honorable Judge Lynch:

As counsel of record for Robert Silano I am writing to request an adjournment of the status conference scheduled for January 25, 2008. The government, through AUSA Mark Lanpher, has no objection.

I make this request for an adjournment as the parties need additional time to work out a disposition, and I have not been able to do that as I have been on trial since January 7, 2008 and expect to be on trial for the duration of this week. Both parties request the <u>conference be adjourned one week to February 1, 2008.</u> at 3 p.m. ]*

To that end, we request that <u>the time between today and the next court date be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(8)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the defense to review discovery and determine what motions, if any, are necessary.</u> Thank you. ]*

Sincerely,

Sabrina Shroff (jm)
Sabrina P. Shroff
Assistant Federal Defender
(212) 417-8713

*SO ORDERED
_____
GERARD E. LYNCH, U.S.D.J.
1/24/08

CC: Assistant United States Attorney Mark Lanpher (via fax)
Robert Silano (via mail)

TOTAL P.002