# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

**MEMO ENDORSED**

February 1, 2008



BY FAX
212 805 0436
Gerard E. Lynch
United States District Judge
Southern District Of New York
500 Pearl Street
New York, New York

Re: United States v. Robert Silano
    Crim. Dkt. 07 Cr. 1013 (GEL)

The Hon. Judge Lynch:

I am writing to inform the Court that the parties on the above matter have essentially worked out a plea agreement. We do, however, need an additional two weeks to prepare the client to enter the guilty plea.

I have spoken to AUSA Mark Lanpher and we both request that the Court schedule a guilty plea for February 15, 2008 at 2:00 P.M. in lieu of a status conference this afternoon. ]*

To that end, we request that the time between February 1, 2008 and ~~2008 and the next date set by the Court~~ [Feb. 15, 2008], be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(8)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the government and defense counsel to continue discussions regarding a possible disposition in the matter. Thank you.

Respectfully submitted,

Sabrina P. Shroff

*SO ORDERED

cc: Mark Lanpher, AUSA

GERARD E. LYNCH, U.S.D.J.
2/1/08