UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                            :
UNITED STATES OF AMERICA,                   :
                                            :     07 Cr. 1013 (GEL)
        -v-                                 :
                                            :     **ORDER**
ROBERT SILANO,                              :
                                            :
                    Defendant.              :
-----------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

    After pleading guilty to mail fraud, defendant was sentenced on June 27, 2008, to the custody of the Bureau of Prisons for 12 months and 1 day. Defendant is currently on bail, awaiting designation to the institution where he will serve his term. Upon further consideration of the events at sentencing, it is hereby ORDERED that the conditions of bail be modified as follows:

1.  Defendant shall submit to a psychiatric evaluation for depression by a health care provider approved by the United States Pretrial Services Office. If the health care provider so recommends, defendant shall participate in a mental health program approved by the United States Pretrial Services Office. Defendant shall continue to take any prescribed medications unless otherwise instructed by the health care provider. The Court authorizes the release of available psychological and psychiatric evaluations and reports to the health care provider.

SO ORDERED.

Dated: New York, New York
      June 30, 2008

                                                     _____
                                                     GERARD E. LYNCH
                                                 United States District Court Judge